**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Westcliff Investors, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 55-0820084 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**825 S. Barrington Avenue**<br>**Los Angeles, CA 90049**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Vineyard Court Designer Suites Hotel**<br>**1500 George Bush Drive East College Station, TX 77840**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | https://vineyardcourt.com/ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Westcliff Investors, LLC** _____   Case number (if known) _____
     Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | A. *Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor  **Westcliff Investors, LLC**_____    Case number (if known)_____
         Name

| List all cases. If more than 1, attach a separate list | Debtor | **Beitler Texas Enterprises LLC** | Relationship | **Affiliated Entity** |
|---|---|---|---|---|
| | District | **Central District of California** When **7/01/24** | Case number, if known | |

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Westcliff Investors, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 1, 2024**
MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

**Logan A. Beitler**
Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Gary E. Klausner**
Signature of attorney for debtor

Date **July 1, 2024**
MM / DD / YYYY

**Gary E. Klausner 69077**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone **(310) 229-1234**    Email address **GEK@LNBYG.COM**

**69077 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name: **Westcliff Investors, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 1, 2024**    X  /s/ *signature*
Signature of individual signing on behalf of debtor

**Logan A. Beitler**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Westcliff Investors, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Admiral Linen (Alsco) 1200 Oliver Street Houston, TX 77007 | | Trade debt | | | | $5,879.77 |
| TravelClick, Inc. 75 New Hampshire Ave, Ste 300 Portsmouth, NH 03801 | | | | | | $1,628.33 |
| Atmos Energy PO Box 740353 Cincinnati, OH 45274-0353 | | | | | | $713.48 |
| Golden Lawn & Landscaping 804 Union Street Bryan, TX 77801 | | | | | | $700.00 |
| CubeSmart 219 Manuel Drive College Station, TX 77844 | | Storage Facility | | | | $219.00 |
| PayChex 4324 S Sherwood Forest Blvd, #125 Baton Rouge, LA 70816 | | Payroll services | | | | $130.00 |
| ABC Home & Commercial Services ATTN 9475 E Hwy 290 Austin, TX 78724 | | Trade debt | | | | $125.57 |
| Coca Cola PO Box 744101 Atlanta, GA 30384 | | Vending Machine | | | | $99.00 |

| Debtor | **Westcliff Investors, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Golden Malted Waffle Co.**<br>**P.O.Box 129**<br>**Concordville, PA 19331** | | **Trade debt** | | | | $80.00 |
| **Front Desk Supply**<br>**3830 Valley Centre Dr, Ste 705**<br>**San Diego, CA 92130** | | **Trade debt** | | | | $65.25 |
| **ADT**<br>**3190 South Vaughn Way**<br>**Aurora, CO 80014** | | **Payroll services** | | | | $58.44 |
| **Optimum Business (Sunddenlink)**<br>**1111 Stewart Ave**<br>**Bethpage, NY 11714** | | **Credit Card Debt** | | | | $56.00 |
| **Oynx CenterSource**<br>**P.O.Box 802949**<br>**Dallas, TX 75380** | | | | | | $49.20 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary E. Klausner 69077<br>2818 La Cienega Ave.<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 69077 CA<br>GEK@LNBYG.COM | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Westcliff Investors, LLC<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: July 1, 2024

*[signature]*
Signature of Debtor 1

Date: 

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: July 1, 2024

*/s/ Gary E. Klausner*
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                     F 1007-1.MAILING.LIST.VERIFICATION

Westcliff Investors, LLC
825 S. Barrington Avenue
Los Angeles, CA 90049


Gary E. Klausner
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


5835 Cubesmart TX College Station M
219 Manuel Dr
College Station, TX 77840


ABC Home & Commercial Services ATTN
9475 E Hwy 290
Austin, TX 78724


Admiral Linen  Alsco
1200 Oliver Street
Houston, TX 77007


ADT
3190 South Vaughn Way
Aurora, CO 80014


Al Gawlik Photography
181 Rodgers Ravine Cv
Driftwood, TX 78619


American Fire & Safety, INC
200 Ross Street
Bryan, TX 77801

Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353


Banc of California
P.O.Box 790408
Saint Louis, MO 63179-0408


Beitler Texas Enterprises LLC
825 South Barrington Avenue
Los Angeles, CA 90049


Booking.com BV
P.O.Box 841291
Dallas, TX 75284-1291


Brazos County Tax Assessors Office
4151 County Park Ct.
Bryan, TX 77802


Brazos Valley Hospitality Associati
P.O.Box 10622
College Station, TX 77842


Brewer Eyeington Patout
111 E. 27th Street
Bryan, TX 77803


City of College Station
ATTN: TX H
P.O.Box 830725
Birmingham, AL 35283-0725

```
Coca Cola
PO Box 744101
Atlanta, GA 30384


Coca Cola
P.O.Box 1827
Brandon, FL 33509


Coca Cola
1 Coca-Cola Plaza SE
Atlanta, GA 30313


College Station Utilities
P.O.Box 10230
College Station, TX 77842-0230


Computer Works
P.O.Box 11670
College Station, TX 77842


Consolidated Hospitality Supplies
P.O.Box 677130
Dallas, TX 75267-7130


Corporate Travel Planners
613 N.W. Loop 410, Ste 400
San Antonio, TX 78216


CTM North America
2120 S 72nd Street
Omaha, NE 68124
```

CubeSmart
219 Manuel Drive
College Station, TX 77844


Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Expedia.com
1111 Expedia Group Way W
Seattle, WA 98119


First Financial Bank, N.A.
P.O.Box 701
Abilene, TX 79604


Front Desk Supply
3830 Valley Centre Dr, Ste 705
San Diego, CA 92130


Golden Lawn & Landscaping
804 Union Street
Bryan, TX 77801


Golden Malted Waffle Co.
P.O.Box 129
Concordville, PA 19331


GoToMyPC
333 Summer Street
Boston, MA 02210

HealthAssure by Alsco
1200 Oliver Street
Houston, TX 77007


HNJ Landscaping
PO Box 1081
Bryan, TX 77806


Hotel Engine, Inc.
DEPT CH 17483
Palatine, IL 60055-7483


HotelTonight
888 Brannan Street
San Francisco, CA 94103


Indeed, Inc
6433 Champion Grandview Way. Blg 1
Austin, TX 78750


InnQuest Software
7405 Rte Transcanadienne, Suite 100
Montreal, Canada H4T 1Z2


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Jasper Lake Ventures Two LLC
c/o Saint Ann Court, Fox Rothschild
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201

Jasper Lake Ventures Two LLC
c/o David Crooks and Trey Monsour
2501 N. Harwood St., Ste 1800
Dallas, TX 75201


Laser Answering Service
3001 Earl Rudder Fwy South, Ste 500
College Station, TX 77845


Lindsay Communications, LLC
3017 E Villa Maria Road
Bryan, TX 77803


Logan A. Beitler
12928 Evanston Street
Los Angeles, CA 90049


Optimum
P.O.Box 70340
Philadelphia, PA 19176-0340


Optimum Business   Sunddenlink
1111 Stewart Ave
Bethpage, NY 11714


Oynx CenterSource
P.O.Box 802949
Dallas, TX 75380


PayChex
4324 S Sherwood Forest Blvd, #125
Baton Rouge, LA 70816

ProStar Industries
1430 N Harvey Mitchell Pkwy
Bryan, TX 77803


R.E.C. Industries, Inc
P.O.Box 4868
Bryan, TX 77805


RoomMaster
InnQuest Software
19321 US Hwy 19 N Suite 407
Clearwater, FL 33764


Select Premium Services, Inc.
102 N Washington
El Campo, TX 77437


Texas Comptroller of Public Accts
PO Box 149348
Austin, TX 78714-9348


Texas Dept of Licensing & Reg
Licensing Division
P.O.Box 12157
Austin, TX 78711


Texas Workforce Commission
Tax Department
3608 E 29th Street, Ste 214
Bryan, TX 77802-3803


TravelClick, Inc.
75 New Hampshire Ave, Ste 300
Portsmouth, NH 03801

```
TripAdvisor
400 1st Avenue
Needham Heights, MA 02494


WhenIWork
420 N 5th Street, #500
Minneapolis, MN 55401
```

RESOLUTION BY MEMBERS OF
WESTCLIFF INVESTORS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

The following resolutions is made by the Members of Westcliff Investors LLC, a California limited liability company ("Company"). Company required under the Amended and Restated Operating Agreement of Westcliff Investors, LLC dated December 8, 2021, as amended ("Operating Agreement").

The following persons constitute all of the members of Company: (i) Logan Beitler, Trustee of the Beitler Family Living Trust dated September 19, 2008, as amended ("BFLT") and (ii) Betsy Boyd ("Boyd"), do hereby resolve as follows:

RESOLVED, that Company acknowledges and accepts the assignment and transfer by Barry Beitler ("Beitler") to BFLT, and the acceptance thereof by BFLT, of all of Beitler's membership interest in Company to BFLT on March 5, 2022 ("Assignment Date"), pursuant to that certain written agreement entitled "Assignment," and that Beitler, as of the Assignment Date has no right, title and/or interest in or to any membership interest in Company, including, without limitation, all rights and privileges arising under or related to the membership interests, including, but not limited to, any future income, gain, loss, deductions and distributions attributable thereto ("Assignment Interests") and that all Assignment Interests have been assigned and transferred to BFLT and are vested in BFLT as of the Assignment Date.

FURTHER, RESOLVED, the Member and Manager have determined that it is in the best interest of Company to file a bankruptcy proceeding under Chapter 11 or as otherwise advised by Company's legal counsel and, accordingly Company is authorized to file such bankruptcy proceeding, not limited to a Chapter 11 proceeding as the Manager shall determine, and that the Manager has all power and authority necessary and incidental thereto to arrange for the retention of legal counsel to and to execute such documents required to file and commence a bankruptcy proceeding or to direct the Assistant Manager as set forth in the below resolution to execute on behalf of Company.

FURTHER, RESOLVED, the Manager has appointed Donald Rezak as an Assistant Manager to Company for the specific purpose to execute legal counsel's retainer to represent Company and to execute on behalf of Company such documents and other incidental matters necessary to file a bankruptcy on behalf of Company.

FURTHER, RESOLVED, the Member and Manager acknowledge that the filing of a bankruptcy proceeding is urgent and necessary, and that time is of the essence.

FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

   FURTHER RESOLVED, that Donald Rezak is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYG as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

   FURTHER, RESOLVED, each of the above resolutions are effective immediately.

   Each of the above resolutions are unanimously approved by the Member and Manager and shall be effective as of June 26, 2023 ("Effective Date").

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

EXECUTION ON NEXT PAGE

Westcliff.BankruptcyResolution.06.26.23.docx

The undersigned constituting all of the Members of Company and the Manager have executed the aforementioned resolutions, each of which have been unanimously approved, each of which are effective as of the Effective Date.

_____
By: Logan Beitler
Manager of Westcliff Investors, LLC


_____
By: Logan Beitler, Trustee
Beitler Family Living Trust


_____
By: Betsy Boyd


I, Donald Rezak, effective as of the Effective Date, do hereby accept the position of Assistant Manager of Company.

_____
Donald Rezak

Page 3 of 3

Westcliff.BankruptcyResolution.06.26.23.docx