1
GARY E. KLAUSNER (State Bar No. 69077)
2
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3
2818 La Cienega Avenue
Los Angeles, California 90034
4
Telephone: (310) 229-1234
Email: GEK@LNBYG.COM; JSK@LNBYG.COM
5
Attorneys for Chapter 11 Debtors
and Debtors in Possession
6

**UNITED STATES BANKRUPTCY COURT**
7
**CENTRAL DISTRICT OF CALIFORNIA**
8
**LOS ANGELES DIVISION**

9 | In re:

10 | WESTCLIFF INVESTORS, LLC,

11 |        Debtor and Debtor in Possession.

12 | In re:

13 | BEITLER TEXAS ENTERPRISES, LLC,

14 |        Debtor and Debtor in Possession.

15 |  X Affects both Debtors

| )  Lead Case No.: 2:24-bk-15224-WB
| )  Jointly Administered With:
| )  2:24-bk-15228-WB
| )  Chapter 11
| )
| )  **NOTICE OF RESOLUTION OF
| )  UNITED STATES TRUSTEE'S
| )  OBJECTIONS TO DEBTORS' JOINT
| )  CHAPTER 11 PLAN DATED
| )  OCTOBER 1, 2024**
| )
| )
| )  <u>Hearings</u>:
| )  Date:      December 4, 2024
| )  Time:      10:00 a.m.
| )  PLACE:    Courtroom 1375
| )            255 E. Temple Street
| )            Los Angeles, CA 90012
| )

16-28 (lines continue with closing parentheses)

1

163867181.1

1        Westcliff Investors, LLC ("Westcliff") and Beitler Texas Enterprises, LLC ("BTE, and

2   together with Westcliff, the "Debtors") have resolved the objections of the United States Trustee

3   (the "UST") to the "*Disclosure Statement Describing Debtors' Joint Chapter 11 Plan Dated*

4   *October 1, 2024*" (the "DS") set forth in the UST's opposition to the DS filed with the Court as

5   docket number 106.   Specifically, the Debtors have agreed to revise Section E.8 of the DS as

6   follows:

> 8.    Exculpations and Releases
>
> To the maximum extent permitted by law, neither the Debtors, their estates, nor any of their officers and directors, employees, agents, representatives, or ~~the professionals employed or retained by any of them~~retained professionals, ~~whether or not by Bankruptcy Court order~~ (each, a "Released Person"), shall have or incur liability to any person or entity for an act taken or omission made in good faith in connection with or related to the formulation of the Plan, or a contract, instrument, release, or other agreement or document created in connection therewith, the solicitation of acceptances for or confirmation of the Plan, or the consummation and implementation of the Plan and the transactions contemplated therein from the Petition Date through the Effective Date.  Each Released Person shall in all respects be entitled to reasonably rely on the advice of counsel with respect to its duties and responsibilities under the Plan. Notwithstanding the foregoing the exculpation section of this Plan shall not: (i) apply to any fraud, willful misconduct, and gross negligence of any Released Person; and (ii) prevent or limit the ability of parties to pursue their own professionals for professional liability or malpractice.
>
> Nothing set forth herein shall be deemed to be a third party release or a request to approve any third party release, including, without limitation, any guaranties associated with the claims asserted herein.

Dated: November 26, 2024          LEVENE, NEALE, BENDER, YOO
                                 & GOLUBCHIK L.L.P.

                                 */s/ Jeffrey S. Kwong*
                                   Gary E. Klausner
                                   Jeffrey S. Kwong
                                   LEVENE, NEALE, BENDER, YOO
                                 & GOLUBCHIK L.L.P.
                    Counsel for Debtors and Debtors in Possession

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF RESOLUTION OF UNITED STATES TRUSTEE'S OBJECTIONS TO DEBTORS' JOINT CHAPTER 11 PLAN DATED OCTOBER 1, 2024** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:   Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 26, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Gary E Klausner    gek@lnbyg.com**
- **Nicholas A Koffroth    nkoffroth@foxrothschild.com,
  khoang@foxrothschild.com;ca.dkt@foxrothschild.com**
- **Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com**
- **Trey A Monsour    tmonsour@foxrothschild.com**
- **Julie Anne Parsons    jparsons@mvbalaw.com**
- **John Kendrick Turner    john.turner@lgbs.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On **November 26, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Securities and Exchange Commission
444 S. Flower Street, Suite 900
Los Angeles, CA 90071

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 26, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 26, 2024 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**